UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANAYA JACKSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIFE OPPORTUNITIES UNLIMITED, A NON-PROFIT CORPORATION; GAIL TAMIRIAN-MANDELI, INDIVIDUALLY AND AS THE CORPORATE ALTER EGO OF LIFE OPPORTUNITIES UNLIMITED, A NON-PROFIT CORPORATION; MARGAERT WATERMAN; JOHN DOES 1-100 AND ABC CORPS. 1-100,<br><br>　　　　　　Defendant. | Civil Action _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**LIFE OPPORTUNITIES UNLIMITED
CORPORATE DISCLOSURE STATEMENT**

Defendants, Life Opportunities Unlimited ("LOU"), Gail Tamirian-Mandeli ("Mandeli"), Margaret Waterman, incorrectly referred to as "Margaert" ("Waterman"), (collectively, "Defendants"), by and through their attorneys, Fox Rothschild LLP, respectfully states that LOU is a non-profit organization and doesn't have a parent corporation and thus does not have any publically held corporation that owns 10% or more of its stock.

Dated: October 14, 2016

FOX ROTHSCHILD LLP

By: ___/s/ Mark E. Tabakman_
　　 Mark E. Tabakman
　　 mtabakman@foxrothschild.com
　　 FOX ROTHSCHILD LLP
　　 Attorneys for Defendants
　　 997 Lenox Drive, Building 3
　　 Lawrenceville, NJ 08648-2311
　　 (609) 896-3600

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2016, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

                                                 /s/ Mark E. Tabakman
                                                 Mark E. Tabakman
                                                 mtabakman@foxrothschild.com